IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:22-159 |
|---|---|---|
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| **JUAWN RODRIQUEZ ROBERTSON,** | ) | |
| a/k/a "Juwan Rodriquez Robertson," | ) | |
| a/k/a "Juawan Rodriquiz Robertson," | ) | |
| a/k/a "Juawn Rodriquiz Robertson" | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

That on or about May 30, 2021, in the District of South Carolina, the Defendant, **JUAWN RODRIQUEZ ROBERTSON, a/k/a "Juwan Rodriquez Robertson," a/k/a "Juawan Rodriquiz Robertson," a/k/a "Juawn Rodriquiz Robertson,"** knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, to wit: a Fibrinor, model Firestorm FS45, .45 caliber pistol, and .45 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **JUAWN RODRIQUEZ ROBERTSON, a/k/a "Juwan Rodriquez Robertson," a/k/a "Juawan Rodriquiz Robertson," a/k/a "Juawn Rodriquiz Robertson,"** shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)  any firearms and ammunition (as defined in 18 U.S.C. § 921) –

1. involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States.

PROPERTY:

Pursuant to Title 18, United States Code Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon the conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

(a)  Firearm:
- Fibrinor, model Firestorm FS45, .45 caliber pistol (Serial number: 71-04-11504-00)

(b)  Ammunition:
- Miscellaneous rounds of .45 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A  Bill

FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Casey Rankin Smith, ID No. 12804
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel: (803) 929-3000
Fax: (803) 256-0233
Email: casey.rankin@usdoj.gov

3